**Electronically Filed**
**Supreme Court**
**SCWC-14-0001356**
**26-OCT-2017**
**12:34 PM**

SCWC-14-0001356

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BANK OF AMERICA, N.A.,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL JEAN PANZO,
Petitioner/Defendant-Appellant,

and

EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.
(CAAP-14-0001356; CIV. NO. 13-1-0152)

-------------------------------------------------------------

BANK OF AMERICA, N.A.,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL JEAN PANZO,
Petitioner/Defendant-Appellant,

and

EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.
(CAAP-15-0000660; CIV. NO. 13-1-0152)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Michael Jean Panzo's application for writ of certiorari, filed on September 13, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 26, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson